UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br><br>      Plaintiff,<br><br>-v.-<br><br>Robert Jones,<br><br>      Defendant. | 6-cr-147 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

By a letter dated January 2, 2025 (Dkt. 43), pro se defendant Robert Jones moved to expunge his criminal conviction in the above-captioned case. However, the Court lacks the power to grant such relief. See Doe v. United States, 833 F.3d 192 (2d Cir. 2016). The Court therefore denies Jones's motion.

SO ORDERED.

Dated:   New York, NY

      January 14, 2025

                                                JED S. RAKOFF, U.S.D.J.

1